IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Buick, Robert Lee | Case Number: 05 B 20802 |
|---|---|---|
| | Buick, Jacqueline M | Judge: Hollis, Pamela S |
| | Printed: 9/3/08 | Filed: 5/24/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: July 17, 2008
Confirmed: August 1, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 38,661.88 |  |
| Secured: |  | 32,676.69 |
| Unsecured: |  | 1,158.88 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,994.00 |
| Trustee Fee: |  | 1,972.39 |
| Other Funds: |  | 859.92 |
| Totals: | 38,661.88 | 38,661.88 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ledford & Wu | Administrative | 1,994.00 | 1,994.00 |
| 2. | MGC Mortgage Inc | Secured | 23,363.67 | 23,363.67 |
| 3. | Onyx Acceptance Corp | Secured | 740.30 | 720.97 |
| 4. | American General Finance | Secured | 1,413.88 | 1,413.88 |
| 5. | MGC Mortgage Inc | Secured | 7,178.17 | 7,178.17 |
| 6. | Peoples Energy Corp | Unsecured | 149.99 | 0.00 |
| 7. | Jefferson Capital | Unsecured | 300.76 | 859.32 |
| 8. | Onyx Acceptance Corp | Unsecured | 113.59 | 0.00 |
| 9. | RoundUp Funding LLC | Unsecured | 69.59 | 198.83 |
| 10. | OSI Portfolio Services | Unsecured | 35.26 | 100.73 |
| 11. | ACN Communication Services | Unsecured |  | No Claim Filed |
| 12. | Goodyear | Unsecured |  | No Claim Filed |
| 13. | Monterey Financial Services | Unsecured |  | No Claim Filed |
| 14. | ACN | Unsecured |  | No Claim Filed |
| 15. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 16. | IDT | Unsecured |  | No Claim Filed |
| 17. | Oak Park Hospital | Unsecured |  | No Claim Filed |
| 18. | Sprint PCS | Unsecured |  | No Claim Filed |
| 19. | Verizon Wireless | Unsecured |  | No Claim Filed |
|  |  |  | $ 35,359.21 | $ 35,829.57 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 3% | 83.16 |
| 5.5% | 560.16 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Buick, Robert Lee | Case Number: 05 B 20802 |
|---|---|---|
| | Buick, Jacqueline M | Judge: Hollis, Pamela S |
| | Printed: 9/3/08 | Filed: 5/24/05 |

|       |          |
|-------|----------|
| 5%    | 145.51   |
| 4.8%  | 302.64   |
| 5.4%  | 663.29   |
| 6.5%  | 217.63   |
|       | _____ |
|       | $ 1,972.39 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

